UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> CARLOS RIOS, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: CR17-0004-AB <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the CENTAL District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation

    (X) information in the violation petition and report(s)

    ( ) the defendant's nonobjection to detention at this time

    (X) other: <u>No available bail resources, substance abuse, mental health</u>

1 | issues, allegations of absconding.
2 | and/ or
3 | B. ( ) The defendant has not met his/her burden of establishing by clear and
4 | convincing evidence that he/she is not likely to pose a danger to the safety of
5 | any other person or the community if released under 18 U.S.C. § 3142(b) or
6 | (c). This finding is based on the following:
7 | ( ) information in the Pretrial Services Report and Recommendation
8 | ( ) information in the violation petition and report(s)
9 | ( ) the defendant's nonobjection to detention at this time
10 | ( ) other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: October 11, 2017

_____
KENLY KIYA KATO
United States Magistrate Judge